**Order entered October 9, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01040-CV

### MICHAEL CARY SNOWDEN AND BRENDA ASCENCIO, Appellants

### V.

### BRANDON QUACH, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-00955-D**

## ORDER

Before the Court is the October 4, 2018 request of Coral Wahlen, Official Court Reporter

for County Court at Law No. 4, for an extension of time to file the reporter's record.  We

**GRANT** the request and extend the time to **October 24, 2018**.

/s/ ADA BROWN
   JUSTICE